O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MAGISTRATE ACTION NO. C-05-295 |
| | § | |
| JESSICA FLORES, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following facts require detention of the defendant pending trial in this case:

(1)     There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. §  841(b)(1)(A);

(2)     The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The findings and conclusions contained in the Pretrial Services Report, supplemented by the proffer of evidence by defense counsel, are adopted.  Defendant has significant ties to Mexico, and neither

she nor her family members have sufficient non-exempt assets to address the issue of risk of flight in a case involving a significant amount of cocaine.

ORDERED this 11th day of May, 2005.

B. Janice Ellington
United States Magistrate Judge